UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICHMOND GLOBAL COMPASS FUND      :
MANAGEMENT, LP; RICHMOND GLOBAL :
COMPASS FUND MANAGEMENT GP, LLC;:
RICHMOND GLOBAL COMPASS CAPITAL :          25-CV-6490 (VSB)
GP, LLC; and PETER KELLNER,           :
                                                            :          **ORDER**
                                       Plaintiffs,     :
                                                            :
            -against-                       :
                                                            :
NOVARTIS INTERNATIONAL AG, MARK   :
DIERINGER, GRW AG, and GARY         :
JOHNSTON,                               :
                                                            :
                                       Defendants.    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On December 23, 2025, Plaintiffs filed an amended complaint pursuant to Federal Rule

of Civil Procedure 15(a)(1)(B).  (Doc. 37.)  "[W]hen a plaintiff properly amends [a] complaint

after a defendant has filed a motion to dismiss that is still pending, the district court has the

option of either denying the pending motion as moot or evaluating the motion in light of the facts

alleged in the amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–

04 (2d Cir. 2020).  Accordingly, it is hereby:

ORDERED that Defendants shall file a letter by January 20, 2026 deciding whether their

previously filed motions to dismiss, (Docs. 31, 33), should be deemed moot without prejudice to

refile new motions to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I

should evaluate Defendants' previously filed motions to dismiss in light of the facts alleged in

the amended complaint.

SO ORDERED.

1

2

Dated:  January 5, 2026
      New York, New York

Vernon S. Broderick
United States District Judge

2