**JOHN C. HUESTON**   jhueston@hueston.com    620 Newport Center Drive
                      D: 949 226 6740          Suite 1300
                      T: 949 229 8640          Newport Beach, CA 92660
                      F: 888 866 4825

# HUESTON HENNIGAN LLP

January 20, 2026

**By ECF**

Hon. Vernon S. Broderick, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *Richmond Global Compass Fund Management, LP et al. v. Novartis International AG, et al.*, Case No. 1:25-cv-06490-VSB (S.D.N.Y.)

Dear Judge Broderick:

On behalf of Defendants Novartis International AG ("Novartis") and Mark Dieringer, I write to correct the letter filed as ECF No. 43. In that letter, I referred to the new motion to dismiss filed earlier today as ECF No. 41. However, the correct reference should have been ECF No. 42. To avoid any confusion, please find a corrected statement in response to your January 5, 2026 Order below:

> On behalf of Defendants Novartis International AG ("Novartis") and Mark Dieringer, and pursuant to this Court's January 5, 2026 order, I write to request that this Court deem Novartis's and Mr. Dieringer's December 2, 2025 motion to dismiss (ECF No. 31) moot without prejudice in light of the Amended Complaint that Plaintiffs filed on December 23, 2025 (ECF No. 37). Earlier today, Novartis and Mr. Dieringer filed a new motion to dismiss addressing the Amended Complaint (ECF No. 42)— that is the motion that Novartis and Mr. Dieringer respectfully request that this Court consider. The parties have agreed to a briefing schedule for the motion filed today, which is entered at ECF No. 40.

> Novartis and Mr. Dieringer reserve all their defenses including lack of personal jurisdiction.

Sincerely,

John C. Hueston

---

The motion to dismiss at Doc. 31 is hereby DENIED AS MOOT without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 31.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE    1/21/2026