# The Law Office of Ihsan Dogramaci

20 West 20th Street, Suite 305
New York, New York 10011

tel, (646) 481 6507
fax. (646) 619 4394

Direct contact information:

idogramaci@dogramacilaw.com
(646) 234-8639

January 20, 2026

**By ECF**

Hon. Vernon S. Broderick, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:** ***Richmond Global Compass Fund Management, LP et al. v. Novartis International AG et al.*, Case No. 1:25-cv-06490-VSB-GS (S.D.N.Y.)**

Dear Judge Broderick:

I represent defendants Gary Johnston and GRW AG in this case.

As directed by the Court's Order of January 5, 2026 (ECF No. 41), I write to advise the Court that Mr. Johnston and GRW have filed a new motion that is directed toward the Amended Complaint. Accordingly, their previously filed motion directed toward the original Complaint is moot.

Respectfully submitted,

*Ihsan Dogramaci*

Ihsan Dogramaci

cc: Counsel of record (by ECF)

The motion to dismiss at Doc. 32 is hereby DENIED AS MOOT without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 32.

SO ORDERED:

*Vernon Broderick*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE    1/21/2026